**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6211**

———————

MOSES A. EDMONDS, III,

                        Plaintiff - Appellant,

    versus

LONNIE M. SAUNDERS, Warden of Augusta Correc-
tional Center; LARRY W. HUFFMAN, Regional
Director of Northern Region,

                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-97-696-R)

———————

Submitted:  April 16, 1998          Decided:  May 4, 1998

———————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Moses A. Edmonds, III, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Edmonds v. Saunders</u>, No. CA-97-696-R (W.D. Va. Jan. 14, 1998). We also deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>